**Order entered May 1, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01584-CV**

**IN RE: SUSAN GAIL PERRILLOUX, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08491**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for writ of mandamus, in part. We **ORDER** the trial judge, the Honorable Dale B. Tillery, to vacate the portion of his December 12, 2019 Contempt Order ordering that relator be sanctioned in the amount of $18,577.34. We further **ORDER** the trial judge to file with this Court, **within fifteen (15) days of the date of this order**, a certified copy of his order issued in compliance with this order. Should the trial judge fail to comply with the order, the writ will issue. We lift the stay issued by this Court on December 30, 2019.

/s/    DAVID J. SCHENCK
       JUSTICE